FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | 38-6908969 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/1/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2010 | | CHICAGO TITLE & TRUST COMPANY | | * | $18,069.49 | | $18,069.49 |
| | {2} | | | $210,000.00 | 1110-000 | | $18,069.49 |
| | | | CHARTER NATIONAL BANK 1ST MORTGAGE PAYOFF | $(162,090.32) | 4110-000 | | $18,069.49 |
| | | | DEMBROWSKI & ASSOC SURVEY | $(450.00) | 2500-000 | | $18,069.49 |
| | | | VILLAGE OF WAUCONDA FINAL WATER BILL | $(50.00) | 2500-000 | | $18,069.49 |
| | | | CENTURY 21 ROBERTS COMMISSIONS | $(3,825.00) | 3510-000 | | $18,069.49 |
| | | | CENTURY 21 PRO-TEAM COMMISSION | $(6,675.00) | 3510-000 | | $18,069.49 |
| | | | ELMCREST IMPROVEMENT ASSOC HOA | $(100.00) | 2500-000 | | $18,069.49 |
| | | | LAKE COUNTY COLLECTOR 2008 TAXES | $(7,581.84) | 2820-000 | | $18,069.49 |
| | | | LAKE COUNTY COLLECTOR 2009 TAXES | $(7,194.15) | 2820-000 | | $18,069.49 |
| | | | CHICAGO TITLE TITLE INSURANCE, ETC. | $(1,284.00) | 2500-000 | | $18,069.49 |
| | | | LAKE COUNTY TRANSFER TAX | $(210.00) | 2820-000 | | $18,069.49 |
| | | | LAKE COUNTY COUNTY TAX | $(105.00) | 2820-000 | | $18,069.49 |
| | | | LAKE COUNTY COLLECTOR TAX PRORATION | $(2,365.20) | 2820-000 | | $18,069.49 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.47 | | $18,069.96 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.74 | | $18,070.70 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,071.47 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.76 | | $18,072.23 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,072.37 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,072.52 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,072.66 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,072.81 |

SUBTOTALS  $18,072.81  $0.00

Case 09-45534    Doc 81    Filed 10/01/12    Entered 10/01/12 13:29:25    Desc Main
Document    Page 2 of 6

FORM 2

Page No: 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | 38-6908969 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/1/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $18,072.96 |
| 02/15/2011 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-45534, Bond#016026455 | 2300-000 |  | $11.91 | $18,061.05 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 |  | $18,061.18 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $18,061.33 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 |  | $18,061.47 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $18,061.62 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 |  | $18,061.76 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $18,061.91 |
| 08/01/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $34.64 | $18,027.27 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $18,027.42 |
| 08/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $41.99 | $17,985.43 |
| 09/26/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | ($1.24) | $17,986.67 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 |  | $17,986.81 |
| 09/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $36.96 | $17,949.85 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $17,950.00 |
| 10/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $35.65 | $17,914.35 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 |  | $17,914.49 |
| 11/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $39.26 | $17,875.23 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $17,875.38 |
| 12/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $36.72 | $17,838.66 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $17,838.81 |
| 01/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $38.99 | $17,799.82 |
| 02/07/2012 |  | Green Bank | Transfer Funds | 9999-000 |  | $17,799.82 | $0.00 |

| | | | | **SUBTOTALS** | $1.89 | $18,074.70 |

Case 09-45534    Doc 81    Filed 10/01/12    Entered 10/01/12 13:29:25    Desc Main
Document    Page 3 of 6

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-45534-DRC | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | 38-6908969 | | **Money Market Acct #:** | ******4665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 11/30/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/1/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $18,074.70 | $18,074.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $17,799.82 | |
| | | | **Subtotal** | | $18,074.70 | $274.88 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $18,074.70 | $274.88 | |

| For the period of **11/30/2009** to **10/1/2012** | | For the entire history of the account between **04/29/2010** to **10/1/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $210,005.21 | Total Compensable Receipts: | $210,005.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $210,005.21 | Total Comp/Non Comp Receipts: | $210,005.21 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $192,205.39 | Total Compensable Disbursements: | $192,205.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $192,205.39 | Total Comp/Non Comp Disbursements: | $192,205.39 |
| Total Internal/Transfer Disbursements: | $17,799.82 | Total Internal/Transfer Disbursements: | $17,799.82 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | 38-6908969 | | Checking Acct #: | ******4666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 11/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/1/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 11/30/2009 to 10/1/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/29/2010 to 10/1/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | 38-6908969 | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/1/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $17,799.82 | | $17,799.82 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | $15.82 | $17,784.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.29 | $17,762.71 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $29.58 | $17,733.13 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $26.76 | $17,706.37 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.57 | $17,677.80 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.52 | $17,649.28 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.56 | $17,621.72 |

|  |  |  |
|---|---|---|
| TOTALS: | $17,799.82 | $178.10 | $17,621.72 |
| Less: Bank transfers/CDs | $17,799.82 | $0.00 | |
| Subtotal | $0.00 | $178.10 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $178.10 | |

| For the period of 11/30/2009 to 10/1/2012 | | For the entire history of the account between 02/07/2012 to 10/1/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $17,799.82 | Total Internal/Transfer Receipts: | $17,799.82 |
| Total Compensable Disbursements: | $178.10 | Total Compensable Disbursements: | $178.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $178.10 | Total Comp/Non Comp Disbursements: | $178.10 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | 38-6908969 | | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/1/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $18,074.70 | $452.98 | $17,621.72 |

**For the period of 11/30/2009 to 10/1/2012**

| | |
|---|---|
| Total Compensable Receipts: | $210,005.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $210,005.21 |
| Total Internal/Transfer Receipts: | $17,799.82 |
| | |
| Total Compensable Disbursements: | $192,383.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $192,383.49 |
| Total Internal/Transfer Disbursements: | $17,799.82 |

**For the entire history of the case between 11/30/2009 to 10/1/2012**

| | |
|---|---|
| Total Compensable Receipts: | $210,005.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $210,005.21 |
| Total Internal/Transfer Receipts: | $17,799.82 |
| | |
| Total Compensable Disbursements: | $192,383.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $192,383.49 |
| Total Internal/Transfer Disbursements: | $17,799.82 |