**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-45534-DRC |
| | § | |
| JAMES SCHUTEN | § | |
| SHIRLEY SCHUTEN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a. m. on 11/09/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   09/28/2012               By:   /s/ David E. Grochocinski
                                                    (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-45534-DRC
§
JAMES SCHUTEN §
SHIRLEY SCHUTEN §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $210,005.21
*and approved disbursements of*  $192,383.49
*leaving a balance on hand of*[1]:  $17,621.72

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $17,621.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $5,326.23 | $0.00 | $5,326.23 |
| InnovaLaw, P. C., Attorney for Trustee Fees | $5,302.50 | $0.00 | $5,302.50 |
| InnovaLaw, P. C., Attorney for Trustee Expenses | $93.56 | $0.00 | $93.56 |
| Scott, Horewitch, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,415.00 | $0.00 | $2,415.00 |

Total to be paid for chapter 7 administrative expenses: $13,137.29
Remaining balance: $4,484.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,484.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,484.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $584,020.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | 751 Racquet Club LLC | $49,318.96 | $0.00 | $378.69 |
| 2 | Chase Bank USA, N.A. | $20,725.55 | $0.00 | $159.14 |
| 3 | Chase Bank USA, N.A. | $14,618.37 | $0.00 | $112.25 |
| 4 | Chase Bank USA, N.A. | $21,824.41 | $0.00 | $167.58 |
| 5 | Chase Bank USA, N.A. | $26,639.39 | $0.00 | $204.55 |
| 6 | Chase Bank USA, N.A. | $20,584.01 | $0.00 | $158.06 |
| 7 | PRA Receivables Management, LLC | $33,138.65 | $0.00 | $254.46 |
| 8 | Robert E. Schuten | $55,000.00 | $0.00 | $422.32 |
| 9 | Fia Card Services, NA/Bank of America | $21,733.02 | $0.00 | $166.88 |
| 10 | CDA Finance Inc and | $320,438.00 | $0.00 | $2,460.50 |

Total to be paid to timely general unsecured claims: $4,484.43

UST-Form 101-7-NFR (5/1/2011)

|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $7,143.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 11 | Dyck-ONeal, Inc. | $7,143.98 | $0.00 | $0.00 |

| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 09-45534-DRC
James D Schuten                                                     Chapter 7
Shirley A Schuten
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 3             Date Rcvd: Oct 01, 2012
                              Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2012.
db         #+James D Schuten,    15W434 Lexington St,    Elmhurst, IL 60126-5357
jdb        #+Shirley A Schuten,    15W434 Lexington St,    Elmhurst, IL 60126-5357
15141519    +751 Racquet Club LLC,    Lucas & Apostolopoulos LTD,    Gus P Apostolopoulos,    881 W Lake ST,
              Addison IL 60101-2044
14793739    +751 Racquet Club LLC,    340 Laura Dr.,   Addison, IL 60101-5016
14793741    +Bank Of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
14793740    +Bank of America,    PO Box 660576,   Dallas, TX 75266-0576
14793744   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
14793747    +CDA Finance Inc and,    CDA Lease Finance Inc,    c/o Thomas P Yardley,    Arnstein & Lehr LLP,
              120 S Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
14793748    +CDA Finance, inc.,    715 Lake St.,   9th Floor,    Oak Park, IL 60301-1422
14793757    +CITI-MORTGAGE,    1000 TECHNOLOGY DR.,   O'Fallon, MO 63368-2240
14793749    +Charter Bank And Trust,    1400 Irving Pk Rd,   Hanover Park, IL 60133-2594
14793750    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14793751    +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
15546497     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14793755    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14793758    +Citibank,    PO Box 2667 (064),   Houston, TX 77252-2667
14793763   ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
              Norfolk, VA 23502)
15819286    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
              c/o Capital One Bank, N.A.,    POB 41067,   Norfolk VA 23541-1067
14793764    +Robert E. Schuten,    200 N. Michigan,   Elmhurst, IL 60126-2737
14793767    +Sears/cbsd,    8725 W. Sahara Ave,   The Lakes, NV 89163-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16109086    +E-mail/Text: lweidhaas@dyckoneal.com Oct 02 2012 05:17:13      Dyck-ONeal, Inc.,    PO Box 13370,
              Arlington, TX 76094-0370
15891178     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2012 05:15:12
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
14793760     E-mail/Text: cio.bncmail@irs.gov Oct 02 2012 02:33:57      Dept. of the Treasury, Internal Revenue,
              Kansas City, MO 64999
14793761    +E-mail/Text: idiaz2@co.lake.il.us Oct 02 2012 04:39:43      Lake County,
              18 N County Street, Rm 102,    Waukegan, IL 60085-4304
14793762    +E-mail/Text: bankrup@nicor.com Oct 02 2012 02:39:43      Nicor Gas,
              Attention: Bankruptcy Department,    1844 Ferry Road,   Naperville, IL 60563-9662
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14793766      Schuten Electronics
14793743*    +Bank Of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
14793745*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
14793746*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
14793753*    +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
14793754*    +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
14793752*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14793756*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14793765*    +Robert E. Schuten,    200 N. Michigan,   Elmhurst, IL 60126-2737
14793742   ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
14793759   ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 1, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mrahmoun            Page 2 of 3              Date Rcvd: Oct 01, 2012
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2012**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun              Page 3 of 3              Date Rcvd: Oct 01, 2012
                              Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2012 at the address(es) listed below:

```
          Ariane   Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          David H Cutler    on behalf of Debtor James Schuten david@cutlerltd.com
          David P Lloyd    on behalf of Trustee David Grochocinski courtdocs@davidlloydlaw.com
          Donald L. Newman    on behalf of Creditor   Charter National Bank and Trust dnewmanassoc@yahoo.com,
           dnewmanassoc@yahoo.com
          Joel P Fonferko    on behalf of Creditor   CITIMORTGAGE, INC. ND-Two@il.cslegal.com
          Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Kevin H Morse    on behalf of Creditor   CDA Finance, Inc. and CDA Lease Finance, Inc.
           khmorse@arnstein.com
          Michael A Phelps    on behalf of Trustee David Grochocinski mphelps@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```