**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-45534-DRC |
| | § | |
| JAMES SCHUTEN | § | |
| SHIRLEY SCHUTEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $419,508.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $166,574.75 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $43,430.46 | | |

3)   Total gross receipts of $210,005.21 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $210,005.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $162,090.32 | $162,090.32 | $162,090.32 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $51,854.49 | $51,854.49 | $43,430.46 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $591,164.34 | $591,164.34 | $4,484.43 |
| **Total Disbursements** | NA | $805,109.15 | $805,109.15 | $210,005.21 |

4). This case was originally filed under chapter 7 on 11/30/2009. The case was pending for -1318 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2012      By:   /s/ David E. Grochocinski
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 27932 BLUFF, WAUCONDA, IL | 1110-000 | $210,000.00 |
| Interest Earned | 1270-000 | $5.21 |
| **TOTAL GROSS RECEIPTS** | | **$210,005.21** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHARTER NATIONAL BANK 1ST MORTGAGE PAYOFF | 4110-000 | NA | $162,090.32 | $162,090.32 | $162,090.32 |
| **TOTAL SECURED CLAIMS** | | | NA | $162,090.32 | $162,090.32 | $162,090.32 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $13,750.26 | $13,750.26 | $5,326.23 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $15.82 | $15.82 | $15.82 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $11.91 | $11.91 | $11.91 |
| CHICAGO TITLE TITLE INSURANCE, ETC. | 2500-000 | NA | $1,284.00 | $1,284.00 | $1,284.00 |
| DEMBROWSKI & ASSOC SURVEY | 2500-000 | NA | $450.00 | $450.00 | $450.00 |
| ELMCREST IMPROVEMENT ASSOC HOA | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| VILLAGE OF WAUCONDA FINAL WATER BILL | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Green Bank | 2600-000 | NA | $162.28 | $162.28 | $162.28 |
| The Bank of New | 2600-000 | NA | $262.97 | $262.97 | $262.97 |

| | | | | | |
|---|---|---|---|---|---|
| York Mellon | | | | | |
| LAKE COUNTY COLLECTOR 2008 TAXES | 2820-000 | NA | $7,581.84 | $7,581.84 | $7,581.84 |
| LAKE COUNTY COLLECTOR 2009 TAXES | 2820-000 | NA | $7,194.15 | $7,194.15 | $7,194.15 |
| LAKE COUNTY COLLECTOR TAX PRORATION | 2820-000 | NA | $2,365.20 | $2,365.20 | $2,365.20 |
| LAKE COUNTY COUNTY TAX | 2820-000 | NA | $105.00 | $105.00 | $105.00 |
| LAKE COUNTY TRANSFER TAX | 2820-000 | NA | $210.00 | $210.00 | $210.00 |
| InnovaLaw, P. C., Attorney for Trustee | 3110-000 | NA | $5,302.50 | $5,302.50 | $5,302.50 |
| InnovaLaw, P. C., Attorney for Trustee | 3120-000 | NA | $93.56 | $93.56 | $93.56 |
| Scott, Horewitch, Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $2,415.00 | $2,415.00 | $2,415.00 |
| CENTURY 21 PRO-TEAM COMMISSION, Realtor for Trustee | 3510-000 | NA | $6,675.00 | $6,675.00 | $6,675.00 |
| CENTURY 21 ROBERTS COMMISSIONS, Realtor for Trustee | 3510-000 | NA | $3,825.00 | $3,825.00 | $3,825.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $51,854.49 | $51,854.49 | $43,430.46 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 751 Racquet Club LLC | 7100-000 | NA | $49,318.96 | $49,318.96 | $378.69 |
| 2 | Chase Bank USA, N.A. | 7100-000 | NA | $20,725.55 | $20,725.55 | $159.14 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $14,618.37 | $14,618.37 | $112.25 |
| 4 | Chase Bank USA, | 7100-000 | NA | $21,824.41 | $21,824.41 | $167.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | N.A. | | | | | |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $26,639.39 | $26,639.39 | $204.55 |
| 6 | Chase Bank USA, N.A. | 7100-000 | NA | $20,584.01 | $20,584.01 | $158.06 |
| 7 | PRA Receivables Management, LLC | 7100-000 | NA | $33,138.65 | $33,138.65 | $254.46 |
| 8 | Robert E. Schuten | 7100-000 | NA | $55,000.00 | $55,000.00 | $422.32 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $21,733.02 | $21,733.02 | $166.88 |
| 10 | CDA Finance Inc and | 7100-000 | NA | $320,438.00 | $320,438.00 | $2,460.50 |
| 11 | Dyck-ONeal, Inc. | 7200-000 | NA | $7,143.98 | $7,143.98 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $591,164.34 | $591,164.34 | $4,484.43 |

Case 09-45534    Doc 85    Filed 02/06/13    Entered 02/06/13 09:17:55    Desc Main
                        Document      Page 5 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Date Filed (f) or Converted (c): | 11/30/2009 (f) |
| For the Period Ending: | 12/13/2012 | §341(a) Meeting Date: | 02/23/2010 |
| | | Claims Bar Date: | 07/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  15W434 LEXINGTON STREET, ELMHURST, IL | $319,000.00 | $0.00 | | $0.00 | FA |
| 2  27932 BLUFF, WAUCONDA, IL | $190,000.00 | $20,000.00 | | $210,000.00 | FA |
| 3  CASH | $200.00 | $0.00 | | $0.00 | FA |
| 4  BANK ACCOUNT | $300.00 | $0.00 | | $0.00 | FA |
| 5  HOUSEHOLD GOODS | $1,500.00 | $0.00 | | $0.00 | FA |
| 6  WEDDING RINGS | $1,200.00 | $0.00 | | $0.00 | FA |
| 7  RETIREMENT IRA & 301K | $39,000.00 | $0.00 | | $0.00 | FA |
| 8  70% SHUTEN ELECTORNICES | $0.00 | $0.00 | | $0.00 | FA |
| 9  VALUE PLUS, INC. STOCK | $200.00 | $0.00 | | $0.00 | FA |
| 10  1998 LEXUS SEDAN | $4,800.00 | $0.00 | | $0.00 | FA |
| 11  PONTOON BOAT | $2,000.00 | $0.00 | | $0.00 | FA |
| 12  22 FT SAILBOAT | $1,500.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $5.21 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                        **Gross Value of Remaining Assets**

$559,700.00     $20,000.00     $210,005.21     $0.00

**Major Activities affecting case closing:**
  SOLD VACATION PROPERTY; TAX RETURNS PENDING

Initial Projected Date Of Final Report (TFR):  12/30/2011     Current Projected Date Of Final Report (TFR):  09/30/2012     /s/ DAVID E. GROCHOCINSKI
                                                                                                                              DAVID E. GROCHOCINSKI

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8969 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2010 | | CHICAGO TITLE & TRUST COMPANY | | * | $18,069.49 | | $18,069.49 |
| | {2} | | | $210,000.00 | 1110-000 | | $18,069.49 |
| | | | CHARTER NATIONAL BANK 1ST MORTGAGE PAYOFF | $(162,090.32) | 4110-000 | | $18,069.49 |
| | | | DEMBROWSKI & ASSOC SURVEY | $(450.00) | 2500-000 | | $18,069.49 |
| | | | VILLAGE OF WAUCONDA FINAL WATER BILL | $(50.00) | 2500-000 | | $18,069.49 |
| | | | CENTURY 21 ROBERTS COMMISSIONS | $(3,825.00) | 3510-000 | | $18,069.49 |
| | | | CENTURY 21 PRO-TEAM COMMISSION | $(6,675.00) | 3510-000 | | $18,069.49 |
| | | | ELMCREST IMPROVEMENT ASSOC HOA | $(100.00) | 2500-000 | | $18,069.49 |
| | | | LAKE COUNTY COLLECTOR 2008 TAXES | $(7,581.84) | 2820-000 | | $18,069.49 |
| | | | LAKE COUNTY COLLECTOR 2009 TAXES | $(7,194.15) | 2820-000 | | $18,069.49 |
| | | | CHICAGO TITLE TITLE INSURANCE, ETC. | $(1,284.00) | 2500-000 | | $18,069.49 |
| | | | LAKE COUNTY TRANSFER TAX | $(210.00) | 2820-000 | | $18,069.49 |
| | | | LAKE COUNTY COUNTY TAX | $(105.00) | 2820-000 | | $18,069.49 |
| | | | LAKE COUNTY COLLECTOR TAX PRORATION | $(2,365.20) | 2820-000 | | $18,069.49 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | $0.47 | $18,069.96 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | $0.74 | $18,070.70 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | $0.77 | $18,071.47 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | $0.76 | $18,072.23 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | $0.14 | $18,072.37 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | $0.15 | $18,072.52 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | $0.14 | $18,072.66 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | $0.15 | $18,072.81 |

**SUBTOTALS** $18,072.81  $0.00

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8969 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,072.96 |
| 02/15/2011 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-45534, Bond#016026455 | 2300-000 | | $11.91 | $18,061.05 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $18,061.18 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,061.33 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,061.47 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,061.62 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,061.76 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,061.91 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.64 | $18,027.27 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,027.42 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $41.99 | $17,985.43 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.24) | $17,986.67 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,986.81 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.96 | $17,949.85 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $17,950.00 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $35.65 | $17,914.35 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,914.49 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $39.26 | $17,875.23 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $17,875.38 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.72 | $17,838.66 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $17,838.81 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $38.99 | $17,799.82 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $17,799.82 | $0.00 |
| | | | **SUBTOTALS** | | $1.89 | $18,074.70 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8969 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $18,074.70 | $18,074.70 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $17,799.82 | |
| | | | **Subtotal** | | $18,074.70 | $274.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $18,074.70 | $274.88 | |

| For the period of 11/30/2009 to 12/13/2012 | | For the entire history of the account between 04/29/2010 to 12/13/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $210,005.21 | Total Compensable Receipts: | $210,005.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $210,005.21 | Total Comp/Non Comp Receipts: | $210,005.21 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $192,205.39 | Total Compensable Disbursements: | $192,205.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $192,205.39 | Total Comp/Non Comp Disbursements: | $192,205.39 |
| Total Internal/Transfer Disbursements: | $17,799.82 | Total Internal/Transfer Disbursements: | $17,799.82 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8969 | | Checking Acct #: | ******4666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 11/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  11/30/2009 to 12/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/29/2010 to 12/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8969 | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 |  | The Bank of New York Mellon | Transfer Funds | 9999-000 | $17,799.82 |  | $17,799.82 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 |  | $15.82 | $17,784.00 |
| 02/29/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $21.29 | $17,762.71 |
| 03/30/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $29.58 | $17,733.13 |
| 04/30/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $26.76 | $17,706.37 |
| 05/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $28.57 | $17,677.80 |
| 06/29/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $28.52 | $17,649.28 |
| 07/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $27.56 | $17,621.72 |
| 11/09/2012 | 5002 | David E. Grochocinski | Trustee Compensation | 2100-000 |  | $5,326.23 | $12,295.49 |
| 11/09/2012 | 5003 | InnovaLaw, P. C. | Distribution on Claim #: ; | 3110-000 |  | $5,302.50 | $6,992.99 |
| 11/09/2012 | 5004 | InnovaLaw, P. C. | Distribution on Claim #: ; | 3120-000 |  | $93.56 | $6,899.43 |
| 11/09/2012 | 5005 | Scott, Horewitch, Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 |  | $2,415.00 | $4,484.43 |
| 11/09/2012 | 5006 | 751 Racquet Club LLC | Distribution on Claim #: 1; | 7100-000 |  | $378.69 | $4,105.74 |
| 11/09/2012 | 5007 | Chase Bank USA, N.A. | Distribution on Claim #: 2; | 7100-000 |  | $159.14 | $3,946.60 |
| 11/09/2012 | 5008 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | 7100-000 |  | $112.25 | $3,834.35 |
| 11/09/2012 | 5009 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7100-000 |  | $167.58 | $3,666.77 |
| 11/09/2012 | 5010 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7100-000 |  | $204.55 | $3,462.22 |
| 11/09/2012 | 5011 | Chase Bank USA, N.A. | Distribution on Claim #: 6; | 7100-000 |  | $158.06 | $3,304.16 |
| 11/09/2012 | 5012 | PRA Receivables Management, LLC | Distribution on Claim #: 7; | 7100-000 |  | $254.46 | $3,049.70 |
| 11/09/2012 | 5013 | Robert E. Schuten | Distribution on Claim #: 8; | 7100-000 |  | $422.32 | $2,627.38 |
| 11/09/2012 | 5014 | Fia Card Services, NA/Bank of America | Distribution on Claim #: 9; | 7100-000 |  | $166.88 | $2,460.50 |
| 11/09/2012 | 5015 | CDA Finance Inc and | Distribution on Claim #: 10; | 7100-000 |  | $2,460.50 | $0.00 |

**SUBTOTALS**  $17,799.82    $17,799.82

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8969 | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $17,799.82 | $17,799.82 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $17,799.82 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $17,799.82 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $17,799.82 | |

| For the period of **11/30/2009** to **12/13/2012** | | For the entire history of the account between **02/07/2012** to **12/13/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $17,799.82 | Total Internal/Transfer Receipts: | $17,799.82 |
| | | | |
| Total Compensable Disbursements: | $17,799.82 | Total Compensable Disbursements: | $17,799.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,799.82 | Total Comp/Non Comp Disbursements: | $17,799.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45534-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SCHUTEN, JAMES AND SCHUTEN, SHIRLEY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8969 | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $18,074.70 | $18,074.70 | $0.00 |

**For the period of 11/30/2009 to 12/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $210,005.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $210,005.21 |
| Total Internal/Transfer Receipts: | $17,799.82 |
| | |
| Total Compensable Disbursements: | $210,005.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $210,005.21 |
| Total Internal/Transfer Disbursements: | $17,799.82 |

**For the entire history of the case between 11/30/2009 to 12/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $210,005.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $210,005.21 |
| Total Internal/Transfer Receipts: | $17,799.82 |
| | |
| Total Compensable Disbursements: | $210,005.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $210,005.21 |
| Total Internal/Transfer Disbursements: | $17,799.82 |